IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HECYERSON EDUARDO BETANCOURT BLANCO, | § § § § § § § § § § § § § § § § § § § § | 5-25-CV-01412-FB-RBF |
| *Plaintiff,* | | |
| vs. | | |
| PAM BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI LYNN NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; SYLVESTER M ORTEGA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN WAYMON BARRY, KARNES COUNTY DETENTION FACILITY; | | |
| *Defendants.* | | |

**ORDER SETTING HEARING**

Before the Court is the Petition for Writ of Habeas Corpus. Dkt. No. 1. This case has been referred for disposition of certain pretrial matters pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 4. Authority to enter this Order stems from 28 U.S.C. § 636(b).

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Dkt. No. 1, is set for an in-person evidentiary hearing on **December 19, 2025, at 10:30am** at the United States Courthouse, 262 West Nueva, San Antonio, Texas, 78207. **Petitioner must appear at the hearing.** The courtroom for the hearing will be assigned later, and counsel should check

monitors in the courthouse lobby on the day of the hearing as they will display the assigned courtroom information. The parties should be prepared to discuss the Petition, responses, and replies as well as any potential evidentiary issues.

**IT IS SO ORDERED.**

**SIGNED** this 26th day of November, 2025.

_____
**RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE**