IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HECYERSON EDUARDO BETANCOURT BLANCO, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION NO. SA-25-cv-01412-FB |
| PAM BONDI, United States Attorney General; KRISTI LYNN NOEM, Secretary of United States Department of Homeland Security; TODD M. LYONS, Director of United States Immigration and Customs Enforcement; SYLVESTER ORTEGA, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and WAYMON BARRY, Warden, Karnes County Detention Facility, | § § § § § § § § § § § § | |
| *Respondents*. | § | |

## ORDER GRANTING WRIT OF HABEAS CORPUS

Before the Court are the Report and Recommendation of United States Magistrate Judge (docket no. 3) recommending that Petitioner's Writ of Habeas Corpus (docket no. 1) be granted, along with the Federal Respondents' written objections thereto (docket nos. 6 & 17).

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires de novo review by the Court.  Such a review means that the Court will examine the entire record, and will make an independent assessment of the law.  The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature.  *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed the Federal Respondents' submission in light of the entire record.  As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause and has conducted a de novo review with respect to those matters raised by the objections.  After due consideration, the Court concludes the objections lack merit.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (docket no. 16) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that the Petition for Writ of Habeas Corpus (docket no. 1) is **GRANTED.**  It is **ORDERED** that:

1. Respondents are **DIRECTED** to **RELEASE** Petitioner Hecyerson Eduardo Betancourt Blanco (File No. A245-287-469) from custody, under conditions of release no more restrictive than those in place prior to the detention at issue in this case, to a public place **as soon as practicable but no later than noon on January 13, 2026;**

2. Respondents must **NOTIFY** Petitioner's counsel by email [Juan Roberto Gonzalez, jrgonzalez@jrgonzalezlawfirm.com, (210) 468-8220] of the exact location and exact time of Petitioner's release **as soon as practicable and no less than two hours before her release;**

3. Any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.

4. If Petitioner is re-detained pursuant to Section 1226, all applicable procedures must be followed, including that he be afforded a bond hearing;

5. Respondents shall **FILE** a Status Report **no later than 5:00 p.m. January 13, 2026**, confirming that Petitioner has been released under conditions of release no more restrictive than those in place prior to the detention at issue in this case.

IT IS FURTHER ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is **CLOSED**.

It is so ORDERED.

SIGNED this 9th day of January, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE